AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
83 Oxford Street, Lawrence, Massachusetts )
)
)

Case No. 23-mj-6108-MPK

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of __Massachusetts__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B-2

**YOU ARE COMMANDED** to execute this warrant on or before __May 4, 2023__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. M. Page Kelley__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __April 20, 2023  10:46 a.m.__

*Judge's signature*

City and state: __Boston, Massachusetts__     Hon. M. Page Kelley, Chief US Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.:<br>23-mj-6108-MPK | Date and time warrant executed:<br>4/21/2023  0600 | Copy of warrant and inventory left with:<br>Left at Residence |
| Inventory made in the presence of :<br>SA Bryan Axelrod |||
| Inventory of the property taken and name(s) of any person(s) seized:<br>See Attachment |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/30/2023

*Executing officer's signature*

Bryan Axelrod Special Agent
*Printed name and title*

1. Black iPhone with clear case
2. Black iPjone A2342 IMEI 359282401667440 with blue and gold case
3. Black Samsun IMEI 359282401667440
4. Various paper receipts
5. Samsung tablet
6. Black iPhone IMEI 353904105955765
7. Red and whtie iPhone IMEI 35583588887518
8. Blue iPhone As481 IMEI 351671397278212
9. Paraphernalia of drug packaging and scales
10. ATT Flip phone IMEI 869069021439067
11. White substance in searn warpped bag
12. white substance in plastic twist
13. Two surveillance cameras, realink brand with two 128gb SD cards, serial LA2007
14. Black latex balloon, compressed
15. Brown powdery substance in plastic twist
16. Hydraulic press